# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Elaine E. Bucklo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 4775 | **DATE** | 11/2/2010 |
| **CASE TITLE** | Buckner vs. Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Pretrial conference held on 11/2/10. Status hearing set for 1/6/11 at 10:00 a.m. see order below for various ruling s on motions in limine.

■ [ For further details see text below.]  Notices mailed by Judicial staff.

**STATEMENT**

Pretrial conference held. Plaintiffs' motions in limine 1, 2, 3, and supplemental motion are granted. Motion 4 is reserved for trial. Defendants' motions in limine 1 and 2 are granted. Motion 3 is continued. Plaintiffs have 60 days to make an offer of proof as to specific proposed 404(b) witnesses and proof. Defendants' motion 4 is denied as to language "send a message." Defendants' motion 5 is denied. Motions 6, 7 and 8 are granted per agreement. The parties are directed to draft a more coherent statement of the case. Defendants' objection to Officer Buckner's testimony is denied, without prejudice to objections to specific evidence. Defendants' objections to plaintiffs' exhibits 7 and 8 are denied, but plaintiffs must present certified copies of the exhibits. Defendants' objections to use of depositions of parties are denied. Plaintiffs' objections to defendants' exhibits 21, 22, and 24 are sustained. Plaintiffs withdraw objection to exhibit 23. .